IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. FRANKLIN,<br><br>    Petitioner,<br><br>v.<br><br>JAMES WALKER,<br><br>    Respondent,<br>_____<br><br>EXPONENT, INC.,<br><br>    Third-Party Respondent,<br>_____/ | No. C-10-80084-MISC-CW (DMR)<br><br>**ORDER WITHDRAWING AND VACATING HEARING ON PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE RE CONTEMPT** |

Pursuant to the stipulation of the parties, and good cause appearing, this Court hereby orders that Petitioner Michael E. Franklin's Motion to Compel Compliance with Subpoena or, in the Alternative, for an Order to Show Cause re: Contempt, set for hearing on May 27, 2010, is withdrawn without prejudice and shall be vacated from the Court's calendar.

IT IS SO ORDERED.

Dated: May 7, 2010

_____
DONNA M. RYU
United States Magistrate Judge